IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Great Northern Insurance Company,<br>as subrogee of Allen L. Patrick and<br>Jean A. Patrick, *et al.*, | : <br><br>: | <br><br>Civil Action 2:11-cv-01153 |
| Plaintiffs | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Brentlinger Enterprises d/b/a<br>Midwestern Auto Group and<br>Midwestern BMW, *et al.*, | : | |
| Defendant | | |

## ORDER

Plaintiffs' January 20, 2012 motion for an order to appoint special process service (doc. 8) is GRANTED.

APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Bayerische Motoren Werke AG, in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

                                                    s/ Mark R. Abel<br>
                                                    United States Magistrate Judge