# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GREEN NORTHERN INSURANCE CO. et al. | : | |
| | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 2:11-cv-1153 |
| vs. | : | |
| | : | **ORDER GRANTING** |
| BRENTLINGER ENTERPRISES, et al. | : | **MOTION TO VACATE** |
| business as A.J. MARSHALL ELECTRIC | : | **DATE TO FILE** |
| & PLUMBING | : | **RULE 26(f) REPORT AND** |
| | : | **TO VACATE DATE OF** |
| | : | **PRELIMINARY PRETRIAL** |
| Defendants. | : | **CONFERENCE** |
| | : | |

## ORDER

Upon motion of Plaintiff, and for good cause shown, the dates for the Federal Rule of Civil Procedure 26(f) Report and the Preliminary Pretrial Conference are hereby VACATED.  Plaintiff is in the process of tying to perfect service on defendant, Bayerische Motoren Werke AG, a foreign company located in Germany.  Plaintiff is instructed to notify this Court upon perfecting service on defendant, Bayerische Motoren Werke AG.  After counsel makes an appearance for Bayerische Motoren Werke AG, new dates will be ordered for the Rule 26(f) Report and for the Preliminary Pretrial Conference.   IT IS SO ORDERED.


                                            s/ Mark R. Abel
                                            United States Magistrate Judge